UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITHPHNINE GERALD,<br>    Plaintiff,<br><br>  v.<br><br>CITY OF PHILADELPHIA,<br>    Defendant. | :<br>:<br>:<br>:<br>:  No. 2:11-cv-00041<br>:<br>:<br>: |

**O R D E R**

**AND NOW,** this 1st day of March, 2017, for the reasons stated in the Opinion issued this date, which sets forth the Court's findings of fact and conclusions of law, **IT IS HEREBY ORDERED THAT**:

  1.  Default is **ENTERED** against Defendant City of Philadelphia in favor of Plaintiff Keithphnine Gerald;

  2.  Default judgment is **ENTERED** against Defendant in favor of Plaintiff as follows:

    A.  Plaintiff is awarded nominal damages in the amount of $1.00; and

    B.  Plaintiff is awarded attorney's fees in the amount of $1.50; and

  3.  The case is **CLOSED**.

                BY THE COURT:


                */s/ Joseph F. Leeson., Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge